AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| DR. JENNIFER LYNN GLASS, DR. LISA MOORE, AND DR. MIA CARTER, <br><br> *Plaintiff(s)* <br> v. <br> KEN PAXTON, in his official capacity as Attorney General of Texas, et al. <br><br> *Defendant(s)* | Civil Action No. 1:16-cv-845 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* R. STEVEN HICKS
University of Texas Board of Regents
Office of the Board of Regents
201 West 7th Street, Suite 820
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. James George, Jr., George Brothers Kincaid & Horton LLP, 114 W. 7th Street, Suite 1100, Austin, Texas 78701
Malcolm Greenstein, Greenstein & Kolker, 1006 E. Cesar Chavez Street, Austin, Texas 78702
Renea Hicks, Law Office of Max Renea Hicks, 101 West 6th Street, Suite 504, Austin, Texas 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jeannette J. Clack
*CLERK OF COURT*

Date: July 8, 2016

*Deanna Mussie*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-845

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   R. STEVEN HICKS
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

*SEE ATTACHED*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                         _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:16-CV-845

Plaintiff:
**Dr. Jennifer Lynn Glass, Dr. Lisa Moore, and Dr. Mia Carter**

vs.

Defendant:
**Ken Paxton, In His Official Capacity as Attorney General of Texas, et al**

For:
George Brothers Kincaid & Horton, LLP
114 West 7th Street
Suite 1100
Austin, TX 78701

Received by The Legal Connection, Inc. on the 11th day of July, 2016 at 1:00 pm to be served on **R. Steven Hicks, University of Texas Board of Regents, Office of the Board of Regents, 201 West 7th Street, Suite 820, Austin, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **11th day of July, 2016 at 3:11 pm, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true and correct copy of the **Summons in a Civil Action and Complaint** with the date of service endorsed thereon by me, to: **Robert Carter, General Counsel, Authorized to Accept for R. Steven Hicks** at the address of: **Office of the Board of Regents, 201 West 7th Street, Suite 820, Austin, TX 78701**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 11th day of July, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. HYBNER
My Notary ID # 129086987
Expires August 9, 2020

Mike Techow
SCH-1215, Exp. 7/31/17

The Legal Connection, Inc.
7103 Oak Meadow
Suite A
Austin, TX 78736
(512) 892-5700

Our Job Serial Number: MST-2016004944

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e