UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JENNIFER LYNN GLASS, *et al.*, | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | No. 1:16cv845-LY |
| | : | |
| KEN PAXTON, *et al.*, | : | |
| *Defendants*. | : | |
| _____ | : | |

**JOINT PROPOSAL ON PRELIMINARY INJUNCTION MATTERS**

The plaintiffs and defendants jointly submit the following proposal for procedures for the preliminary injunction proceeding. These proposals reflect the results of the conference call with the Court on July 15, 2016.

1.    The plaintiffs shall file their application for a preliminary injunction no later than July 22, 2016. As exhibits, the application may include declarations and other documents in support of the application. The application shall not exceed 3 pages, excluding exhibits, and the brief in support of the motion shall not exceed 30 pages. Page lengths in this and subsequent paragraphs in this joint proposal are determined under the last sentence of Local Rule CV-7(d)(3).

2.    The defendants shall file their responses to the plaintiffs' application for preliminary injunction no later than August 1, 2016. As exhibits, the responses may include declarations and other documents in opposition to the application. If the defendants file a single response, the response shall not exceed 30 pages, excluding exhibits. If The University of Texas defendants and the Attorney General of Texas defendant file separate responses, the responses shall not exceed a total of 45 pages, excluding exhibits.

3.    The plaintiffs shall file any reply to the defendants' responses no later than 5:00 p.m. on August 3, 2016. The reply shall not exceed 10 pages if the defendants file a single response

or 15 pages if The University of Texas defendants and the Attorney General of Texas defendant file separate responses.

4.　The hearing on the application for preliminary injunction shall commence at 2:00 p.m. on August 4, 2016. The time allotted shall not exceed three hours. The application will be submitted on the pleadings, exhibits, and arguments of counsel.

5.　The parties stipulate to the following facts:

a.　Defendant Gregory L. Fenves, President of The University of Texas at Austin ("UT Austin") adopted policies under Tex. Gov't Code § 411.0231(d-1) ("initial UT Austin campus carry policies") and forwarded them to the Chancellor of The University of Texas System ("UT System") on February 17, 2016. Stipulated Joint Exhibit 1 is a true and accurate copy of the transmittal letter and initial UT Austin campus carry policies.

b.　The UT System Board of Regents ("Board of Regents") met in public session twice after transmittal of the initial UT Austin campus carry policies: on May 12 and July 13, 2016.

c.　Item 3 on the published agenda for the Board of Regents' May 12, 2016, meeting was "Review and possible action regarding institutional and U. T. System Administration campus carry rules, regulations, and provisions." The Board of Regents took no action on this item at the meeting.

d.　Item 2 on the published agenda for the Board of Regents' July 13, 2016, meeting was "Review and possible action regarding institutional and U. T. System Administration campus carry rules, regulations, and provisions." The Board of Regents took action on this item at the meeting. Its action was to amend the initial UT Austin campus carry policies by eliminating Policy Statement No. 3, which had stated that "A license holder who carries a semiautomatic handgun on campus must carry it without a chambered round of ammunition."

e.　The initial UT Austin campus carry policies, as amended by the Board of Regents, will take effect on August 1, 2016.

f.　On July 14, 2016, UT Austin's Executive Vice President and Provost, Dr. Maurie McInnis, e-mailed UT Austin's general faculty about the Board of Regents' action of July 13, 2016. Stipulated Joint Exhibit 2 is a true and accurate copy of Dr. McInnis' e-mail.

g.　Classes for the Fall 2016 semester at UT Austin begin on August 24, 2016.

2

6.    Defendants simultaneously file a motion for extension of time to file their responsive pleadings to plaintiffs' complaint. Plaintiffs shall file their response to the motion for extension of time either by July 25, 2016, or 3 days after the motion's filing, whichever is later.

7.    By agreeing to this joint proposal, the defendants do not consent to the Court's jurisdiction in this cause.

Respectfully submitted,

GEORGE, BROTHERS, KINCAID & HORTON LLP

*/s/R. James George, Jr.*
R. James George, Jr.
State Bar No. 07810000
114 West 7th Street, Suite 1100
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 *facsimile*
rjgeorge@gbkh.com


GREENSTEIN & KOLKER

By:  __/s/ *Malcolm Greenstein*___
Malcolm Greenstein
State Bar No.08403300
1006 E. Cesar Chavez Street
Austin, Texas 78702
malcolm@greensteinandkolker.com
(512) 472-6270
(512) 472-8263 *facsimile*


___*/s/ Renea Hicks*___
Renea Hicks
Texas Bar No. 09580400
LAW OFFICE OF MAX RENEA HICKS
101 West 6th Street, Suite 504
Austin, Texas 78701
(512) 480-8231
(512) 480-9105 *facsimile*
rhicks@renea-hicks.com

ATTORNEYS FOR PLAINTIFFS

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

*/s/ Amanda J. Cochran-McCall*
AMANDA J. COCHRAN-MCCALL
Deputy Chief, General Litigation Division
Texas Bar No. 24069526
amanda.cochran-mccall@texasattorneygeneral.gov
ANNE MACKIN
Assistant Attorney General
Texas Bar No. 24078898

OFFICE OF THE ATTORNEY GENERAL
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120
(512) 320-0667 *Facsimile*
anna.mackin@texasattorneygeneral.gov

ATTORNEYS FOR UT DEFENDANTS

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

*/s/ Prerak Shah*
PRERAK SHAH
Senior Counsel to the Attorney General
Texas Bar No. 24075053

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 001)
Austin, Texas  78711-2548
Tel.: (512) 936-1823
Fax: (512) 474-2697
prerak.shah@texasattorneygeneral.gov

COUNSEL FOR DEFENDANT KEN PAXTON