UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JENNIFER LYNN GLASS, *et al.*, | : | |
|     *Plaintiffs*, | : | |
| | : | |
| v. | : | No. 1:16cv845-LY |
| | : | |
| KEN PAXTON, *et al.*, | : | |
|     *Defendants*. | : | |
| _____ | : | |

**EXHIBITS FOR JOINT PROPOSAL ON PRELIMINARY INJUNCTION MATTERS**

    The plaintiffs and defendants jointly submit the attached Exhibit 1 and Exhibit 2 in support of their Joint Proposal on Preliminary Injunction Matters filed with the Court on July 20, 2016.

Respectfully submitted,

GEORGE, BROTHERS, KINCAID & HORTON LLP

*/s/R. James George, Jr.*
R. James George, Jr.
State Bar No. 07810000
114 West 7th Street, Suite 1100
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 *facsimile*
rjgeorge@gbkh.com


GREENSTEIN & KOLKER

By:  __/s/ *Malcolm Greenstein*___
Malcolm Greenstein
State Bar No.08403300
1006 E. Cesar Chavez Street
Austin, Texas 78702
malcolm@greensteinandkolker.com
(512) 472-6270
(512) 472-8263 *facsimile*


___/s/ *Renea Hicks*_____
Renea Hicks
Texas Bar No. 09580400
LAW OFFICE OF MAX RENEA HICKS
101 West 6th Street, Suite 504
Austin, Texas 78701
(512) 480-8231
(512) 480-9105 *facsimile*
rhicks@renea-hicks.com

ATTORNEYS FOR PLAINTIFFS

2

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

*/s/ Amanda J. Cochran-McCall*
AMANDA J. COCHRAN-MCCALL
Deputy Chief, General Litigation Division
Texas Bar No. 24069526
amanda.cochran-mccall@texasattorneygeneral.gov
ANNE MACKIN
Assistant Attorney General
Texas Bar No. 24078898

OFFICE OF THE ATTORNEY GENERAL
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120
(512) 320-0667 *Facsimile*
anna.mackin@texasattorneygeneral.gov

ATTORNEYS FOR UT DEFENDANTS

Ken Paxton
Attorney General of Texas

Jeffrey C. Mateer
First Assistant Attorney General

Brantley Starr
Deputy First Assistant Attorney General

/s/ Prerak Shah
Prerak Shah
Senior Counsel to the Attorney General
Texas Bar No. 24075053

Office of the Attorney General
P.O. Box 12548 (MC 001)
Austin, Texas 78711-2548
Tel.: (512) 936-1823
Fax: (512) 474-2697
prerak.shah@texasattorneygeneral.gov

Counsel for Defendant Ken Paxton

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court and delivered via the CM/ECF system on July 20, 2016, to:

GEORGE, BROTHERS, KINCAID & HORTON LLP
JAMES GEORGE, JR.
114 W 7TH STREET, STE 1100
AUSTIN, TEXAS 78701
512-495-1400
512-499-0094 FAX
STATE BARD NO. 07810000
rigeorge@gbkh.com

GREENSTEIN & KOLKER
MALCOLM GREENSTEIN
1006 E. CESAR CHAVEZ STREET
AUSTIN, TEXAS 78702
512-472-6270
512-472-8263 FAX
STATE BAR NO. 08403300
malcolm@greensteinandkolker.com

LAW OFFICE OF MAX RENEA HICKS
RENEA HICKS
101 WEST 6TH STREET, # 504
AUSTIN, TEXAS 78701
512-480-8231
512-480-9105
STATE BAR NO. 09580400
rhicks@renea-hicks.com

                                      */s/ Amanda J. Cochran-McCall*
                                      AMANDA J. COCHRAN-MCCALL
                                      Deputy Chief, General Litigation Division