

**Gregory L. Fenves**
President
The University of Texas at Austin

February 17, 2016

Chancellor William H. McRaven
The University of Texas System
210 W. Sixth Street
Austin, Texas 78701

Dear Chancellor McRaven:

Senate Bill 11, passed by the 84th Texas Legislature, allows the presidents of private or independent universities in Texas to prohibit concealed handgun license holders from carrying handguns on their campuses. The presidents of every large private institution in Texas have exercised that option[1]. These private universities have made a statement that handguns do not belong in campus buildings. I agree. The presence of handguns at an institution of higher learning is contrary to our mission of education and research, which is based on inquiry, free speech, and debate. SB 11, however, gives no such broad discretion to the presidents of public universities.

As president of The University of Texas at Austin, I am responsible for adhering to the requirements of SB 11. Accordingly, last August, I asked the Campus Carry Policy Working Group to guide the implementation of SB 11 in a manner that complies with the law, while ensuring campus safety and security. The group examined the issues extensively, solicited input from the entire university community, and submitted policy recommendations to me on December 10.

After thoroughly studying the working group's report, I met with the Faculty Council on January 25. The Council adopted a resolution calling for classrooms to be gun-exclusion zones and several other restrictions on handguns. In addition, I met with student government organizations, the Faculty Council Executive Committee, the Staff Council Executive Committee, and the President's Student Advisory Council. I have also considered statements from directors of research labs, alumni and donors, as well as petitions from faculty members, graduate and professional students opposing handguns in classrooms. Many parents of current and prospective students have communicated to me their grave concerns about allowing handguns on the UT Austin campus, especially in university housing and classrooms. As discussed in the working group report, most members of the campus community oppose the carrying of concealed handguns in campus buildings.

Based on due deliberations of the working group recommendations, I have made my decision on implementing SB 11 at UT Austin that is detailed in the attached policy document. The implementation of SB 11 will test our ability to comply with the law without compromising the teaching, learning and research environment that makes UT Austin one of the best public universities in the nation.

---

[1] Baylor University, Southern Methodist University, Texas Christian University, University of the Incarnate Word, and Rice University.

**Stipulated Joint
Exhibit 1**



**Gregory L. Fenves**

President
The University of Texas at Austin

Accordingly, I have established the Campus Carry Implementation Task Force led by Dr. Gerald R. Harkins, associate vice president for campus safety and security. It will include experts in university operations, safety and security, as well as faculty and student representatives. The task force will develop guidelines, rules and practices to comply with the policies contained in the attached document according to established procedures. Dr. Harkins and the task force will work with the offices of provost, student affairs, the division of human resources, UT Police Department and other units.

Since this is a new law with an unknown effect on UT Austin, we will monitor implementation and its impact on students, faculty members, and staffers. I have significant concerns about how the law will affect our ability to recruit and retain faculty members and students. If problems develop, we will work to understand the causes and make adjustments to the policies, rules, and practices, consistent with the law. Importantly and in accordance with §411.2031, Texas Government Code, these rules may be amended for purposes necessary to provide for campus safety. UT Austin will fully comply with the reporting requirements in §411.2031.

Much work remains to develop our guidelines, rules and practices before the law becomes effective. It will be helpful for me to hear from you or the UT System Board of Regents with any concerns you may have about my decision. Unless the Board of Regents amends the policies transmitted herein by two-thirds vote within 90 days, these policies and the resulting guidelines and rules will go into effect at The University of Texas at Austin on August 1, 2016.

I am available to discuss these policies and this implementation plan with you at any time if you have questions or need additional information.

Sincerely,

Gregory L. Fenves
President


Attachment

cc:   David E. Daniel, Deputy Chancellor
      Steven W. Leslie, Executive Vice Chancellor for Academic Affairs
      Gerald R. Harkins, Associate Vice President for Campus Safety and Security

**Stipulated Joint
Exhibit 1**



The University of Texas at Austin

# Campus Carry Policies and Implementation Strategies

February 17, 2016

**Stipulated Joint Exhibit 1**

# CAMPUS CARRY POLICIES

## POLICY STATEMENT | NO. 1

License holders who carry a handgun on campus must carry it on or *about their person* at all times or secure their handgun in a locked, privately-owned or leased motor vehicle. The only exception to this is that license holders who reside in University Apartments or who are staff whose employment responsibilities require them to reside in University housing may store their handguns in a gun safe in accordance with the requirements set forth in Policy Statement No. 17. In compliance with Texas Penal Code §46.035(a-1), a license holder may not carry a partially or wholly visible handgun on campus premises or on any university driveway, street, sidewalk or walkway, parking lot, parking garage, or other parking area.

*Finding:* This policy is reasonable and intended to increase safety by those carrying handguns. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with current law and is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* The university will implement this policy by providing informational postings in catalogs, advisories, and in training. The university will include this policy in appropriate informational and recruitment materials and websites. Consistent with Policy Statement No. 19, this policy will be included in the Handbook of Operating Procedures and Rules on Student Services and Activities (General Information Catalog).

The meaning of *on or about their* person means that a person may carry a handgun in a manner that the handgun must be close enough to the license holder that he or she can grasp it without materially changing position. This definition will be clearly articulated in all informational postings, advisories, and training.

## POLICY STATEMENT | NO. 2

A license holder who carries a handgun on campus must carry it in a holster that completely covers the trigger and the entire trigger guard area. The holster must have sufficient tension or grip on the handgun to retain it in the holster even when subjected to unexpected jostling.

*Finding:* This policy is reasonable and intended to increase safety by those carrying handguns and to reduce the possibility of accidental discharges. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* The university will implement this policy by providing informational postings in catalogs, advisories, and in training. The university will include this policy in appropriate informational and recruitment materials and websites. Consistent with Policy Statement No. 19, this policy will be included in the Handbook of Operating Procedures and Rules on Student Services and Activities (General Information Catalog).

## POLICY STATEMENT | NO. 3

A license holder who carries a semiautomatic handgun on campus must carry it without a chambered round of ammunition.

*Finding:* This policy is reasonable and designed to reduce the possibility of accidental discharges. Although training and safety features in many semiautomatic handguns may greatly reduce the potential of accidental discharges, there are no requirements in the law that semiautomatic handguns contain these features, and there is no assurance that semiautomatic handguns carried on campus will have these features. This policy, therefore, further reduces the possibility of an accidental discharge while on campus.

Texas Government Code §411.2031(d-1) provides that the president of an institution can adopt reasonable rules, regulations, or other provisions to address specific safety considerations after consultation with the university community. This policy is reasonably designed to address the specific safety concerns related to the accidental discharge of semiautomatic handguns, regardless of the safety features, which were identified by the Campus Carry Policy Working Group. Moreover, this policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is within the authority granted to university presidents.

# CAMPUS CARRY POLICIES

*Implementation Strategy and Criteria:* The university will implement this policy by providing informational postings in catalogs, advisories, and in training. The university will include this policy in appropriate informational and recruitment materials and websites. Consistent with Policy Statement No. 19, this policy will be included in the Handbook of Operating Procedures and Rules on Student Services and Activities (General Information Catalog).

## POLICY STATEMENT | NO. 4

In its website posting of rules and regulations regarding campus carry, the University should post a list of places that are commonly the site of pre-K-12 school-sponsored activities. When a pre-K-12 school-sponsored activity is being conducted at a particular location, a sign reading "Pre-K-12 school-sponsored activity in progress" should be posted there.

*Finding:* This policy is reasonable and designed to ensure that handguns are not in areas where children's activities are taking place. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with Texas Penal Code §46.03(a)(1) and is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* Pre-K-12 school-sponsored programs will be surveyed throughout campus to determine existence of these activities and to ensure appropriate signage at each facility is provided. Each program will ensure appropriate notice is posted and included in websites and other appropriate informational materials.

## POLICY STATEMENT | NO. 5

Texas Penal Code §46.03(a)(2) excludes license holders of handguns from carrying a handgun on premises of a polling place on the day of an election or while early voting is in progress. A sign should be posted at any polling place located on campus from the commencement of early voting through Election Day that reads either "Polling Place" or "Vote Here."

*Finding:* This policy is reasonable and designed to ensure that handguns are not in areas where polling is taking place. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with Texas Penal Code §46.03(a)(2) and is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* UT Austin maintains one polling place approved by the Travis County Clerk where these activities take place. The university will post appropriate notice and include statements on the website and in other appropriate informational materials.

## POLICY STATEMENT | NO. 6

Texas Penal Code §46.03(a)(3) excludes license holders of handguns from carrying a handgun on the premises of any government court or offices utilized by the court, unless pursuant to written regulations or written authorization of the court. A sign should be posted at the entrance to a courtroom and associated offices whenever they are being used by a federal, state, or local judge for official business.

*Finding:* This policy is reasonable and designed to ensure that handguns are not in areas where federal, state, or local judges are conducting official business. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with Texas Penal Code §46.03(a)(3) and is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* UT School of Law maintains one courtroom with associated chambers and offices in the Connally Center for Justice. The university will post appropriate notice and include statements on the website and in other appropriate informational materials.

## POLICY STATEMENT | NO. 7

Texas Penal Code §46.035(b)(1) excludes license holders of handguns from carrying a handgun in the premise of a business that has a permit or license

issued under designated chapters of the Texas Alcoholic Beverage Code, if the business derives 51 percent or more of its income from the sale or service of alcoholic beverages for on-premises consumption. Any premises on campus that meets the requirements of TPC §46.035(b)(1) must provide notice in accordance with Texas Gov't Code §411.204.

> *Finding:* The carrying of handguns in areas where alcohol is consumed presents a significant safety risk. This policy is reasonable and implements the existing law regarding certain areas where alcohol is consumed. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with Texas Penal Code §46.035(b)(1) and is within the authority granted to university presidents.
>
> *Implementation Strategy and Criteria:* There are currently several locations on campus where alcohol is sold and consumed. The university will identify these existing and future locations and provide the required notice.

## POLICY STATEMENT | NO. 8

Texas Penal Code §46.035(b)(2) excludes license holders of handguns from carrying a handgun where a high school, collegiate, or professional sporting event or interscholastic event is taking place, unless the license holder is a participant in the event and a handgun is used in the event. Notice should be given for all collegiate sporting events. If possible, for ticketed sporting events this notice should be given by means of a written communication on the back of, or appended to, the ticket. Vendors and others who are permitted to enter the premises without a ticket should be provided written notice through other means.

> *Finding:* Campus locations where sporting events take place are unique environments that require specific safety considerations. This policy is already recognized under Texas Penal Code §46.035(b)(2). This policy is reasonable and designed to ensure the safety in these unique environments where often large crowds gather and, in certain venues, the sale of alcohol may be approved. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.
>
> *Implementation Strategy and Criteria:* There are many locations on campus where sporting events are undertaken. The university will identify these locations and activities and work with the Athletics Department to provide the required notice. The university will include information and notice in appropriate informational materials and websites.

## POLICY STATEMENT | NO. 9

The concealed carry of handguns should be prohibited in areas for which state or federal law, licensing requirements, or contracts require exclusion exclusively at the discretion of the state or federal government, or are required by a campus accrediting authority. Where appropriate, signage must conform to the overriding federal or state law requirements. Otherwise, notice conforming to Texas Penal Code §30.06 must be provided.

> *Finding:* There are locations on campus where other law, licensing requirements, or contracts under state or federal authority prohibit license holders from carrying a handgun in these locations. These policies are reasonably designed to minimize risk by considering safety, security and other special circumstances unique to those locations. This campus policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this campus policy is consistent with existing state and federal law and is within the authority granted to university presidents.
>
> *Implementation Strategy and Criteria:* There are locations and programs on campus where these activities are undertaken. The university will identify these locations and activities, and provide the required notice. The university will include information and notice in appropriate informational materials and websites.

## POLICY STATEMENT | NO. 10

The concealed carry of handguns should be prohibited in patient-care areas, including those in which professional mental health services are provided.

*Finding:* The carrying of handguns in patient-care areas, including those in which professional mental health services are provided, presents a significant safety risk to health care providers, patients and others in those patient areas. Campus locations where these activities take place are unique environments that require specific safety considerations. This policy is already recognized under Texas Penal Code §46.035(b)(4) for hospitals licensed under Chapter 241 of the Texas Health and Safety Code. Similarly, this policy is extended to those areas on campus and is reasonable and designed to ensure safety in these similarly unique environments. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* There are locations on campus where these activities are undertaken. "Patient-care area" under this policy means those locations that involve patients for whom a formal record of treatment is maintained. The campus will identify these locations and activities and provide the required notice. The university will include information and notice in appropriate informational materials and websites.

## POLICY STATEMENT | NO. 11

**The concealed carry of handguns should be prohibited on premises in which a ticketed sporting event is taking place.**

*Finding:* Texas Penal Code §46.035(b)(2) prohibits the possession of handguns at high school, collegiate, and professional sporting events. However, the university hosts ticketed sporting events that are collegiate sporting events. Sporting events are unique environments that require specific safety considerations. Similarly, this policy is reasonable and necessary to ensure safety in these unique environments. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* There are many locations on campus where these ticketed sporting events take place. The campus will identify these locations and activities, and work to provide the required notice. The campus will include information and notice in appropriate informational materials and websites.

## POLICY STATEMENT | NO. 12

**The concealed carry of handguns should be prohibited in areas in which formal hearings are being conducted pursuant to Chapter 11 (Student Discipline and Conduct) of the Institutional Rules on Student Services and Activities (General Information Catalog, App. C); Regents Rule 31008 (Termination of a Faculty Member); Handbook of Operating Procedure 2-2310 (Faculty Grievance Procedure); or Handbook of Operating Procedure 5-2420 (Policies and Procedures for Discipline and Dismissal and Grievance of Employees).**

*Finding:* Texas Penal Code §46.03(a)(3) prohibits the concealed carry of handguns "on the premises of any government court or office utilized by the court." Existing law designates areas where rights and privileges are being heard and adjudicated as unique environments that require specific safety considerations. Similarly, this policy is reasonable and necessary to ensure safety in these unique environments. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* There are several locations on campus where these activities are undertaken. The campus will identify activities covered under Chapter 11 (Student Discipline and Conduct) of the Institutional Rules on Student Services and Activities (General Information Catalog, App. C); Regents Rule 31008 (Termination of a Faculty Member); Handbook of Operating Procedure 2-2310 (Faculty Grievance Procedure); or Handbook of Operating Procedure 5-2420 (Policies and Procedures for Discipline and Dismissal and Grievance of Employees) to indicate that such hearings are areas where license holders are prohibited from carrying concealed handguns. The campus will include information and notice in formal hearing notices, appropriate informational materials and websites.

### POLICY STATEMENT | NO. 13

**The concealed carry of handguns should be prohibited in areas where the discharge of a firearm might cause great harm, such as laboratories with extremely dangerous chemicals, biologic agents, or explosive agents, and areas with equipment that is incompatible with metallic objects, such as magnetic resonance imaging machines.**

*Finding:* Handgun license holders are generally not trained on the safe use of weapons in areas where an accidental or intentional discharge might cause great harm such as laboratories with hazardous chemicals, gases, or biological agents. Such a discharge of a weapon could have grave and catastrophic consequences. Moreover, handguns are inappropriate in the vicinity of some types of equipment, such as equipment containing powerful magnets. This policy is reasonable and addresses specific safety considerations necessary to ensure safety in these unique environments. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* There are many locations and activities on campus that require these specific safety considerations. The campus will identify and prohibit the carrying of concealed handguns from these areas. The campus will provide the required notice along with information in appropriate materials and websites.

### POLICY STATEMENT | NO. 14

**The concealed carry of handguns should be prohibited in animal-research facilities and other animal-care and animal-use locations in which protocols regulating ingress and egress create a risk that a concealed handgun will accidentally discharge, be contaminated, or be separated from a license holder.**

*Finding:* Because of the unique and particularly sensitive environments under which research involving animals is undertaken, animal research, care and use areas have strict protocols for entering and exiting these facilities, including clothing and other protective requirements. Compliance with these protocols may increase risks of weapon discharge, contamination or unanticipated separation of a handgun from the license holder. As such, handguns are inappropriate in these specialized facilities. This policy is reasonable and addresses specific safety considerations necessary to ensure safety in these unique environments. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* There are several animal-research locations on campus that require these specific safety considerations. The campus will identify and prohibit the carrying of concealed handguns from these areas. The campus will provide the required notice along with information in appropriate materials and websites.

### POLICY STATEMENT | NO. 15

**Counselors, staff, and volunteers who work in a campus program for minors must, as a condition of their participation, agree not to carry a concealed handgun on the grounds or in buildings where the program is conducted. Parents of attendees must also agree, as a condition of their child's participation, not to carry a concealed handgun on the grounds or in buildings where the program is conducted. "Campus program for minors" is defined in HOP 3-1710.**

*Finding:* Texas Penal Code §46.03(a)(1) prohibits the concealed carry of handguns in pre-K-12 schools and on the grounds or in buildings where a school-sponsored activity is being conducted. The carrying of handguns in areas where children under the age of 18 participate in a campus program for minors presents similar safety concerns. Because of this, campus locations where these activities take place are unique environments that require specific safety considerations. This policy is extended to those areas on campus, is reasonable and designed to ensure safety in these unique environments. This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* Because of the nature of the locations where each of these

activities is undertaken, signage providing notice may be impractical. The campus will work with the Office Compliance Services Youth Protection Program Manager to identify these programs and notice be accomplished by means of contractual arrangements with persons most likely to be in contact with the minor participants. HOP 3-1710 defines "campus program for minors" as "[a]ny program or camp held on University premises that offers recreational, athletic, religious, or educational activities to minors, or one that is University sponsored. This excludes programs for University-enrolled students under the age of 18." The campus will include information and notice in appropriate informational materials and websites.

### POLICY STATEMENT | NO. 16

The following rules should apply to the concealed carry of handguns in University housing.

(a) With three exceptions, the concealed carry of handguns should be prohibited in all on-campus residence halls. The concealed carry of handguns should, however, be permitted in University Apartments.

(b) The first exception for on-campus residence halls is that the concealed carry of handguns should be permitted in common areas such as lounges, dining areas, and study areas. The second exception is that a resident's family members should be permitted to carry a concealed handgun on or about their person while visiting. The third exception is that staff members whose employment responsibilities require them to be in University housing should be permitted to carry a concealed handgun on or about their person while present in University housing for business purposes.

(c) License holders who reside in University Apartments or who are staff whose employment responsibilities require them to reside in University housing must store their handguns either in a locked, privately-owned or leased motor vehicle or in a gun safe that meets the requirements set forth in Policy Statement No. 17. License holders are also responsible for ensuring that their guests comply with all such rules and regulations.

***Finding:*** UT Austin's residence halls are unique with a large number of students under the age of 21 residing in shared space. The characteristic that all of on-campus residence halls share bedrooms presents a special danger that accidental loss, theft, or misuse by roommates or others that is an unacceptably high risk. The nature of the student population in residence halls requires specific safety consideration for on-campus residence halls. An overwhelming majority of students reside in off-campus facilities, especially those who are at least 21 years old, the minimum age for a person to obtain a license to carry.

Texas Gov't Code §411.2031(3)(d) allows universities to establish rules regarding the storage of handguns in university residence halls and housing. This policy is such a rule in that it regulates where and how handguns may be stored in some housing and prohibits storage in other housing. The policy provides for exceptions that permit license holders to carry or store handguns in certain housing, such as University Apartments. Because most students do not reside in on-campus residence halls and these broad exceptions, this policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is within the authority granted to university presidents.

***Implementation Strategy and Criteria:*** The campus will work with the Division of Housing and Food Service to identify the on-campus residence hall areas to which this policy applies and define the public areas and circumstances where license holders will be permitted to carry a concealed handgun. The campus will include information and notice in appropriate informational materials and websites and update housing contracts to reflect these policies.

### POLICY STATEMENT | NO. 17

A gun safe that is used by a license holder must:

(a) be large enough to fully contain all firearms placed in it and provide for secure storage;

(b) have exterior walls constructed of a minimum 16-gauge steel;

(c) have a high-strength locking system consisting of a mechanical or electronic combination or biometric lock, and not a key lock; and

(d) **be physically secured inside the license holder's residence in a manner that conforms to Division of Housing and Food Service policy.**

*Finding:* Properly securing handguns is critical to campus safety and security. This policy is designed to ensure that an unattended handgun is securely stored. Texas Gov't Code §411.2031(3)(d) allows universities to establish rules regarding the storage of handguns in university residence halls and housing, and this policy is such a regulation.

This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* The campus will work with the Division of Housing and Food Services to develop policies for the acquisition and use of gun safes consistent with this policy. The campus will include information and notice in appropriate informational materials and websites and update housing contracts to reflect these policies.

## POLICY STATEMENT | NO. 18

**The occupant of an office to which the occupant has been solely assigned and that is not generally open to the public should be permitted, at the occupant's discretion, to prohibit the concealed carry of a handgun in that office. An occupant who chooses to exercise this discretion must provide oral notice that the concealed carry of a handgun in the occupant's office is prohibited. In addition, if the occupant's duties ordinarily entail meeting people who may be license holders, the occupant must make reasonable arrangements to meet them in another location at a convenient time.**

*Finding:* Traditionally, the occupant of an office is vested with substantial control over his or her space if the occupant has been solely assigned to that office and the space is not generally open to the public. This situation already exists in many offices on campus, so it is appropriate to continue this practice for faculty members, students and staffers solely assigned an office.

This policy is designed to preserve the uniqueness of the campus environment and to address specific safety considerations expressed by faculty members, staffers and students. Faculty, staff and student offices have traditionally been places where members of the university community can have open dialogue on academic, research, performance or disciplinary matters. With the introduction of handguns into these environments, many faculty members, students and staffers have expressed concerns that permitting the carrying of handguns in offices will inhibit open dialogue especially when discussing difficult and sensitive issues with peers, students and others. Others have expressed the belief that introducing handguns into environments where matters of performance or discipline are discussed may heighten the risk of gun violence. Permitting the occupant with sole control over an office to limit access will preserve what many consider crucial to the uniqueness of the campus environment.

This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* The campus will develop a practice guide for the implementation of this policy. The guide will include that for an occupant of an office who elects to exclude a person with a concealed handgun from that office, notice be given verbally and reasonable arrangements made to meet the license holder in another location.

## POLICY STATEMENT | NO. 19

**The University should amend Sec. 11-404(a) (Student Discipline and Conduct – General Misconduct) of the Institutional Rules on Student Services and Activities (General Information Catalog, App. C); Handbook of Operating Procedure 5-2420(III)(B) (Policies and Procedures for Discipline and Dismissal and Grievance of Employees – Conduct Which is Subject to Disciplinary Action); and Handbook of Operating Procedure 8-1010(I)(B) (Prohibition of Campus Violence) to provide that causing the accidental discharge of a firearm is conduct subject to disciplinary action.**

*Finding:* The foregoing policy statements are designed to comply with the law while also providing for campus safety and security by reducing the possibility of accidental discharge. The purpose of this policy is that anyone who causes the accidental discharge of a handgun may be subject to university discipline.

This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* The campus will amend codes of conduct, catalogs, and operating procedures consistent with this policy. The campus will provide information and notice in appropriate informational materials and websites.

## POLICY STATEMENT | NO. 20

The Division of Housing and Food Service should include in its housing contracts that violation of any University rules regarding the carrying or storage of firearms in University housing is grounds for terminating the housing contract.

*Finding:* Compliance with housing policies will further provide for safety and security in university housing. This policy is designed to make certain that a housing contract holder's violation of any rule regarding the carrying or storing of a firearm in university housing may result in termination of the housing contract.

This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.

*Implementation Strategy and Criteria:* The campus will work with the Division of Housing and Food Service to amend housing contracts to reflect this policy. The campus will provide information and notice in appropriate informational materials and websites.

## POLICY STATEMENT | NO. 21

Exclusion zones created by TPC §§46.03 and 46.035 as well as by the rules and regulations enacted under S.B. 11 may sometimes comprise only a portion of a building. In some instances it may not be feasible to exclude concealed handguns only from the designated exclusion zones. The following factors and principles should govern the implementation of these rules and regulations in those buildings in which some, but not all parts are designated as exclusion zones.

Governing factors:

- The percentage of assignable space or rooms in a building that are designated as exclusion zones.
- The extent to which the area (or areas) designated as exclusion zones are segregable from other areas of the building.
- The extent to which use of the building, and hence its status as an exclusion zone, varies from day-to-day or week-to-week.

Governing principles:

- If a small number of rooms or a small fraction of assignable space in a building is subject to exclusion, only the rooms or areas that qualify for exclusion should be excluded. Appropriate signage needs to be posted for rooms or areas that are excluded.
- If a significant fraction of the total building in terms of number of rooms or assignable space is subject to exclusion, or if the excludable space is not segregable from other space, then as a matter of practicality, the whole building should be excluded. Appropriate signage needs to be posted for any such building.

*Finding:* The campus consists of many mixed-use facilities with complex functions and use patterns. Developing a formulaic or categorical policy could not ensure compliance with the law and take full account of the uniqueness of the campus environment. This policy is designed to provide a practical approach to determine exclusion policies in mixed-use facilities.

# CAMPUS CARRY POLICIES

This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.

***Implementation Strategy and Criteria:*** The campus will consider mixed-use buildings on a case-by-case basis, but under no circumstances will the implementation of a rule or regulation have the general effect of prohibiting license holders from carrying concealed handguns on campus. The campus will provide information and notice in appropriate informational materials and websites.

## POLICY STATEMENT | NO. 22
**The University should develop training materials particular to UT Austin on how to respond to an active shooter situation. These should be incorporated in the CW 122: A Safe Workplace training module, and all faculty and staff should be required to complete this module. All students should also be required to complete training on how to respond to an active shooter situation.**

***Finding:*** While gun violence in schools and college campuses occurs at an alarming frequency, the introduction of handguns to university buildings further complicates active shooter situations and especially a law enforcement response. This policy is designed to provide students, faculty members and staffers with training on how to respond to an active shooter situation.

This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.

***Implementation Strategy and Criteria:*** The campus will work with the UT Police Department and others to develop training materials and procedures particular to UT Austin on how to respond to an active shooter situation. All faculty members, staffers and students will be required to complete the training.

The UT Police Department, in collaboration with other law enforcement agencies, will review its active shooter response protocols to take into account the possibility that license holders of concealed handguns may be present in university buildings during active situations.

## POLICY STATEMENT | NO. 23
**The University should develop and post in a prominent place a detailed Campus Carry FAQ.**

***Finding:*** The change in law permitting license holders to carry a concealed handgun in university buildings poses many questions that will face members of the university community. Detailed, comprehensive and accurate information is important for those in the university community to understand the law and how it affects daily activities on campus. This policy is intended to provide students, faculty members and staffers access to information about the relevant law and campus policies and procedures.

This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.

***Implementation Strategy and Criteria:*** The campus will develop and make readily available a detailed list of frequently asked questions (FAQ) about campus carry. The FAQ will be posted on campus websites and updated as necessary to ensure relevancy.

## POLICY STATEMENT | NO. 24
**The University should develop materials to educate and inform parents of UT students and prospective students about campus carry and how it is being implemented.**

***Finding:*** The change in law permitting license holders to carry a concealed handgun in university buildings is of great interest to parents of students and prospective students. This policy is intended to provide parents and prospective students with information about campus carry and how it is being implemented on the UT Austin campus.

This policy does not have the effect of generally prohibiting license holders from carrying concealed

handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.

***Implementation Strategy and Criteria:*** The campus will work with the UT Office of Admissions and the Texas Parents Association to develop these materials. These materials will be made available in appropriate informational materials and websites.

### POLICY STATEMENT | NO. 25

**To the extent possible, office space within gun-exclusion zones should be made available on a scheduled basis to faculty and staff who do not have offices to which they are solely assigned. These spaces can be used for conferences that faculty or staff would prefer to conduct in a gun-exclusion zone.**

***Finding:*** Faculty members and staffers often are faced with conducting difficult and sensitive meetings with peers, students and others. The presence of a handgun in those situations may exacerbate anxieties and tensions for those involved in those meetings. This policy addresses significant concerns raised by faculty members and staffers through the Working Group process by making suitable office space, in an already designated gun-exclusion area, available to faculty members and staffers not having offices to which they are solely assigned.

This policy does not have the effect of generally prohibiting license holders from carrying concealed handguns on campus. The adoption of this policy is consistent with existing law and is within the authority granted to university presidents.

***Implementation Strategy and Criteria:*** The campus will work to identify locations on campus where handguns are excluded by other law or policy where office space is suitable and available for use for this purpose. The campus will develop use policies and scheduling procedures to ensure usage is temporary and limited. A location identified for this purpose cannot be the primary basis for a gun-exclusion zone. These materials will be made available in appropriate informational materials and websites.