# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

|  |  |
|---|---|
| **DR. JENNIFER LYNN GLASS, et al.,**<br>*Plaintiffs*,<br><br>**v.**<br><br>**KEN PAXTON, et al.**<br>*Defendants.* | Case No. 1:16cv845-LY |

## ORDER

On this day the Court considered Defendants' Opposed Motion to Extend Time to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned case. Upon due consideration, the Court is of the opinion that said motion is meritorious and should be granted.

It is therefore ORDERED that Plaintiffs answer or other responsive pleading in the above-captioned cause is due THIRTY days after the Court rules upon Plaintiffs' Motion for Preliminary Injunction.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2016.


_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE