UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DR. JENNIFER LYNN GLASS, et al.,**<br>*Plaintiffs*,<br><br>v.<br><br>**KEN PAXTON, et al.**<br>*Defendants*. | Case No. 1:16-cv-845-LY |

## NOTICE OF APPEARANCE

The Clerk of Court is respectfully requested to enter my appearance in this case as counsel for Defendant Ken Paxton, in his official capacity as Attorney General of Texas.

    PRERAK SHAH
    Texas Bar No. 24075053
    OFFICE OF THE ATTORNEY GENERAL
    P.O. Box 12548 (MC 001)
    Austin, Texas  78711-2548
    Tel.: (512) 936-1823
    Fax: (512) 474-2697
    prerak.shah@texasattorneygeneral.gov

| | |
|---|---|
| DATED: JULY 20, 2016 | Respectfully submitted. |

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

/s/ Prerak Shah
PRERAK SHAH
Senior Counsel to the Attorney General
Texas Bar No. 24075053

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 001)
Austin, Texas 78711-2548
Tel.: (512) 936-1823
Fax: (512) 474-2697
prerak.shah@texasattorneygeneral.gov

COUNSEL FOR DEFENDANT KEN PAXTON

## CERTIFICATE OF SERVICE

I certify that this Notice of Appearance was served on all counsel of record for all parties via the Court's CM/ECF filing system.

/s/ Prerak Shah
PRERAK SHAH