UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Dr. JENNIFER LYNN GLASS, <br> Dr. LISA MOORE, and <br> Dr. MIA CARTER, <br>     *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas, GREGORY L. FENVES, in his official capacity as President, University of Texas at Austin, and PAUL L. FOSTER, R. STEVEN HICKS, JEFFERY D. HILDEBRAND, ERNEST ALISEDA, DAVID J. BECK, ALEX M. CRANBERG, WALLACE L. HALL, JR., BRENDA PEJOVICH, SARA MARTINEZ TUCKER, AND VARUN P. JOSEPH, in their official capacities as members of the University of Texas Board of Regents, <br>     *Defendants*. | No. 1:16-cv-845-LY |

DECLARATION OF DR. LISA MOORE

I, Dr. Lisa Moore do declare,

1.   My name is Dr. Lisa Moore. I am a plaintiff in this case.

2.   In 1986 I received a Bachelor of Arts degree in English, with honours, from Queen's University in Canada. In 1989 I received my Masters degree in English from Cornell University, and in 1991 I was awarded a Ph.D. in English with a minor in Women's and Gender Studies from Cornell University.

3.   I began my employment at the University of Texas in 1991 as a tenure-track assistant professor, teaching courses in British literature, world literature, and feminist and LGBTQ studies. In 1997, I was promoted to Associate Professor and granted tenure in English and Women's and Gender Studies. In 2012, I was promoted to the rank of

Full Professor in English and Women's and Gender Studies. As of September 1 of this year, I will also hold the title of Archibald Hill Professor of English.

4.     I am presently teaching summer school. My classes ends August 12th and I am giving my students a take-home essay final which is due on the last class day.   In the Fall semester I will be teaching E330, entitled Literature for Writers, which is an upper-division creative writing class with 25 students. I will also be teaching E603A, which is a class in World Literature for freshman Plan II honors students. I expect 17 students in the class.

5.     I office by myself. My office is located in Parlin 217. Currently, my office hours are 2 to 3, Monday, Tuesday and Wednesday. In the fall, they will be 2 to 3:30, Tuesdays and Thursdays.

6.     I am on the English Department Executive Committee, which meets every Wednesday at 3 in Calhoun 310. I am also on the English Department Internal Review Committee which meets in the same room, usually every two weeks. I meet with graduate students whose dissertations I am supervising either in Calhoun 310 or in my office, usually once or twice a month. I also have informal meetings with junior faculty and students whom I may be mentoring, usually in my office.

7.     I publish my policies in the syllabus. They include: requiring students to buy a particular edition of the books we read; requiring attendance in class; and the following, which is copied from my current syllabus:

**Safety:** Please do not bring weapons of any kind to my class or to my office.

8..     Not counting summer school, this Fall semester will be the first time I am faced with being compelled to accept guns in my classroom. I do not want guns in my classroom. As a faculty member at an institution of higher education, I want the option to exclude guns from my classrooms, and I would exercise that option if I could.

.9.     The Provost has made it clear in her policies that, as a teaching professor, I must permit guns in my classroom. I am very concerned that if I follow my conscience and ban guns in my classroom, UT would punish me. I want to continue teaching but I am also strongly opposed to having guns in my classroom.

10.    I do not understand why it is permissible to exclude guns from a number of places on campus but not from classrooms. It seems like a classroom is at least as

worthy of gun exclusion, if not more so, as other places. I also do not understand why professors at private universities do not have to worry about guns in their classrooms but professors in public institutions are required to allow them. This disparate treatment is irrational and unfair.

11. I teach an upper division class entitled "LGBT Literature and Culture". On one occasion, on the first day of class, a student announced that she was enrolled to monitor and report on my "homosexual agenda." It resulted in a dampening of classroom discussion and participation, which would have been worse if the possibility existed that she, or some other student was carrying a loaded gun. After the 2007 shootings at Virginia Tech a similar problem arose when a student made increasingly troubling statements and took intrusive actions towards me and his fellow students. Again, debate was dampened and several students missed class, concerned for their safety. For me to properly teach my classes, especially the controversial ones, I must be free from fear from students with guns and so must my students.

12. As an openly lesbian professor, I feel particularly vulnerable. In addition, since the passage of the legislation, I have been an out-spoken opponent of allowing guns on campus. I am aware that a female student who originated the "cocks not glocks" slogan, and a professor who spoke at the first GunFreeUT rally, both subsequently received threatening communications. In fact, the student was so frightened that she left UT and Austin for a period of several months.

13. I want to stay in Austin, where my family lives and where I very much enjoy teaching at a great public university. Having guns in my classroom will make it onerously difficult for me to live my life and do my job in peace.

    I declare under penalty of perjury under the law of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed on 22 day of July, 2016

*Dr. Lisa Moore* (signature)

Dr. Lisa Moore