IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JENNIFER LYNN GLASS, DR. LISA MOORE, AND DR. MIA CARTER, PLAINTIFFS, | § § § § | |
| V. | § § | |
| KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, GREGORY L. FENVES, IN HIS OFFICIAL CAPACITY AS PRESIDENT, UNIVERSITY OF TEXAS AT AUSTIN, AND PAUL L. FOSTER, R. STEVEN HICKS, JEFFERY D. HILDEBRAND, ERNEST ALISEDA, DAVID J. BECK, ALEX M. CRANBERG, WALLACE L. HALL, JR., BRENDA PEJOVICH, SARA MARTINEZ TUCKER, AND VARUN P. JOSEPH, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE UNIVERSITY OF TEXAS BOARD OF REGENTS, DEFENDANTS. | § § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:16-CV-845-LY |

## ORDER

The court has reviewed the Joint Proposal on Preliminary Injunction Matters filed July 20, 2016 (Clerk's Doc. No. 16), and approves it.

**IT IS SO ORDERED.**

SIGNED this 25th day of July, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE