UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JENNIFER LYNN GLASS, *et al.*, | : | |
|     *Plaintiffs*, | : | |
| | : | |
| v. | : | No. 1:16cv845-LY |
| | : | |
| KEN PAXTON, *et al.*, | : | |
|     *Defendants*. | : | |
| _____ | : | |

**PLAINTIFFS' SUPPLEMENT TO APPLICATION FOR PRELIMINARY INJUNCTION**

Plaintiffs supplement their Application for Preliminary Injunction (Doc. 20) to correct an inadvertent mistake by Dr. Carter in ¶ 19 of her July 21, 2016, declaration (Doc. 20-3), in which she identified Iowa State University as the locus of a campus shooting. It should have been identified as Iowa University. *See* Dr. Mia Carter Supplemental Decl., July 26, 2016, attached as an exhibit to this supplement.

Respectfully submitted,

GEORGE, BROTHERS, KINCAID & HORTON LLP

/s/R. James George, Jr.
    R. James George, Jr.
    State Bar No. 07810000
114 West 7th Street, Suite 1100
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 *facsimile*
rjgeorge@gbkh.com


GREENSTEIN & KOLKER

By: ___/s/ *Malcolm Greenstein*____
    Malcolm Greenstein
    State Bar No.08403300
1006 E. Cesar Chavez Street
Austin, Texas 78702
malcolm@greensteinandkolker.com
Telephone:   (512) 472-6270
Facsimile:    (512) 472-8263


____/s/ Renea Hicks_____
Renea Hicks
Texas Bar No. 09580400
LAW OFFICE OF MAX RENEA HICKS
101 West 6th Street, Suite 504
Austin, Texas 78701
(512) 480-8231
fax (512) 480-9105
rhicks@renea-hicks.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2016, I served a true and correct copy of the foregoing pleading on all counsel of record through the Court's CM/ECF system.

___/s/ Renea Hicks_____
Max Renea Hicks

2