UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DR. JENNIFER LYNN GLASS, )
DR. LISA MOORE, and )
DR. MIA CARTER, )
    Plaintiffs, )
)
v. )
) No. 1:16-cv-845-LY
KEN PAXTON, in his official )
capacity as Attorney General of Texas, )
GREGORY L. FENVES, in his official )
capacity as President, University of )
Texas at Austin, and )
PAUL L. FOSTER, R. STEVEN HICKS, )
JEFFERY D. HILDEBRAND, ERNEST )
ALISEDA, DAVID J. BECK, ALEX M. )
CRANBERG, WALLACE L. HALL, JR., )
BRENDA PEJOVICH, SARA MARTINEZ )
TUCKER, AND VARUN P. JOSEPH, in their )
official capacities as members of the )
University of Texas Board of Regents, )
    Defendants. )

## SUPPLEMENTAL DECLARATION OF DR. MIA CARTER

I, Dr. Mia Carter, do declare,

1. My name is Mia Carter. I am a plaintiff in this lawsuit.

2. I made an inadvertent mistake in the last clause of paragraph 19 of my July 21, 2016, declaration. The university was the University of Iowa, not Iowa State University.

I declare under penalty of perjury under the law of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed on 26 day of July, 2016

*Mia Carter* (signature)
Mia Carter