IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JENNIFER LYNN GLASS, DR. LISA MOORE, AND DR. MIA CARTER, PLAINTIFFS, | § § § § | |
| V. | § § | |
| KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, GREGORY L. FENVES, IN HIS OFFICIAL CAPACITY AS PRESIDENT, UNIVERSITY OF TEXAS AT AUSTIN, AND PAUL L. FOSTER, R. STEVEN HICKS, JEFFERY D. HILDEBRAND, ERNEST ALISEDA, DAVID J. BECK, ALEX M. CRANBERG, WALLACE L. HALL, JR., BRENDA PEJOVICH, SARA MARTINEZ TUCKER, AND VARUN P. JOSEPH, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE UNIVERSITY OF TEXAS BOARD OF REGENTS, DEFENDANTS. | § § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:16-CV-845-LY |

## ORDER

**IT IS HEREBY ORDERED** that this cause is **SET** for a telephone conference regarding Defendants' Opposed Motion for Extension of Time to Respond to Complaint (Clerk's Doc. No. 18) on **Monday, August 1, 2016, at 1:00 p.m.** Before 5:00 p.m. on Friday, July 29, counsel are to inform the court of the telephone number where each may be reached for the conference.

SIGNED this 28th day of July, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE