United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Mackin, Anne Marie |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, August 02, 2016 |
| Re: | 01:16-CV-00845-LY / Doc # 28 / Filed On: 08/01/2016 08:08 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
    Remarks: Pursuant to the Administrative Policies and Procedures, Proposed Orders are Required when a Response to a Non-Dispositive Motion is filed. DO NOT RE-FILE the entire document.  Please, file ONLY the Proposed Order.  Use the "ATTACHMENT" event from the menu and LINK the Proposed Order to your Response.  In the Docket Text, type "(Proposed Order)".