UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DR. JENNIFER LYNN GLASS, DR. LISA MOORE, and DR. MIA CARTER,<br>  *Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas, GREGORY L. FENVES, in his official capacity as President, University of Texas at Austin, PAUL L. FOSTER, R. STEVEN HICKS, JEFFERY D. HILDENBRAND, ERNEST ALISEDA, DAVID J. BECK, ALEX M. CRANBERG, WALLACE L. HALL, JR., BRENDA PEJOVICH, SARA MARTINEZ TUCKER, and VARUN SHAH, in their official capacities as members of the University of Texas Board of Regents,<br>  *Defendants*. | Case No. 1:16-CV-845-LY |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **DENIED**.

**SIGNED** this _____ day of July, 2016.

                     _____
                     LEE YEAKEL
                     UNITED STATES DISTRICT JUDGE