IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DR. JENNIFER LYNN GLASS, DR. LISA MOORE, and   §
DR. MIA CARTER                                 §
    *Plaintiffs,*                              §
                                             §   NO. 1:16-CV-845-LY
v.                                             §
                                             §
KEN PAXTON, ET AL.                             §
               *Defendants.*         §

_____

**ORDER**
_____

    On August 4, 2016 the Court considered Plaintiffs' Application for Preliminary Injunction. Upon due consideration after briefing by the parties and argument, the Court is of the opinion that Plaintiffs' Application should be denied.

    It is therefore ORDERED that Plaintiffs' Application for Preliminary Injunction is DENIED.

    IT IS SO ORDERED.


    SIGNED this _____ day of _____, 2016.


                                     _____
                                     LEE YEAKEL
                                     UNITED STATES DISTRICT JUDGE