IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JENNIFER LYNN GLASS, DR. LISA MOORE, AND DR. MIA CARTER,<br>PLAINTIFFS,<br><br>V.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, GREGORY L. FENVES, IN HIS OFFICIAL CAPACITY AS PRESIDENT, UNIVERSITY OF TEXAS AT AUSTIN, AND PAUL L. FOSTER, R. STEVEN HICKS, JEFFERY D. HILDEBRAND, ERNEST ALISEDA, DAVID J. BECK, ALEX M. CRANBERG, WALLACE L. HALL, JR., BRENDA PEJOVICH, SARA MARTINEZ TUCKER, AND VARUN P. JOSEPH, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE UNIVERSITY OF TEXAS BOARD OF REGENTS,<br>DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§§§§ | CAUSE NO. 1:16-CV-845-LY |

## ORDER

Before the court are Defendants' Opposed Motion for Extension of Time to Respond to Complaint filed July 20, 2016 (Clerk's Doc. No. 18), and Plaintiffs' Response in Partial Opposition to Defendants' Motion for Extension of Time to Respond to Complaint filed July 23, 2016 (Clerk's Doc. No. 22). On August 1, 2016, the court conducted a telephonic conference. Having reviewed the motion, response, applicable law, discussion at the conference, and case file,

**IT IS ORDERED** that Defendants' Opposed Motion for Extension of Time to Respond to Complaint (Clerk's Doc. No. 18) is **GRANTED** to the following extent:

Defendants' answer or other responsive pleading in this cause shall be filed **on or before August 8, 2016**. In all other respects, the motion is **DENIED**.

SIGNED this _2nd_ day of August, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE