UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JENNIFER LYNN GLASS, *et al.*, | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | No. 1:16cv845-LY |
| | : | |
| KEN PAXTON, *et al.*, | : | |
| *Defendants*. | : | |
| _____ | : | |

**AMENDED EXHIBITS FOR JOINT PROPOSAL ON
PRELIMINARY INJUNCTION MATTERS**

The plaintiffs and defendants jointly submit the attached Exhibits 1-5, listed below, in sup-

port of their Joint Proposal on Preliminary Injunction Matters filed with the Court on July 20,

2016.

| EXHIBIT | DOCUMENT |
|---|---|
| Exhibit 1 | Fenves Letter of 2/17/16 with UT Austin recommended Policy Statements |
| Exhibit 2 | McInnis Email of 7/14/16 |
| Exhibit 3 | Campus Carry Policy Working Group Final Report of December 2015 |
| Exhibit 4 | Handbook of Operating Procedures 8-1060 Campus Concealed Carry effective 8/1/16 |
| Exhibit 5 | Regents' Rules of The University of Texas System |

Respectfully submitted,

GEORGE, BROTHERS, KINCAID & HORTON LLP

*/s/R. James George, Jr.*
R. James George, Jr.
State Bar No. 07810000
114 West 7th Street, Suite 1100
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 *facsimile*
rjgeorge@gbkh.com


GREENSTEIN & KOLKER

By:  __/s/ *Malcolm Greenstein*___
Malcolm Greenstein
State Bar No.08403300
1006 E. Cesar Chavez Street
Austin, Texas 78702
malcolm@greensteinandkolker.com
(512) 472-6270
(512) 472-8263 *facsimile*


___/s/ *Renea Hicks*_____
Renea Hicks
Texas Bar No. 09580400
LAW OFFICE OF MAX RENEA HICKS
101 West 6th Street, Suite 504
Austin, Texas 78701
(512) 480-8231
(512) 480-9105 *facsimile*
rhicks@renea-hicks.com

ATTORNEYS FOR PLAINTIFFS

2

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

*/s/ Amanda J. Cochran-McCall*
AMANDA J. COCHRAN-MCCALL
Deputy Chief, General Litigation Division
Texas Bar No. 24069526
amanda.cochran-mccall@texasattorneygeneral.gov
ANNE MACKIN
Assistant Attorney General
Texas Bar No. 24078898

OFFICE OF THE ATTORNEY GENERAL
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120
(512) 320-0667 *Facsimile*
anna.mackin@texasattorneygeneral.gov

ATTORNEYS FOR UT DEFENDANTS

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

/s/ Prerak Shah
PRERAK SHAH
Senior Counsel to the Attorney General
Texas Bar No. 24075053

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 001)
Austin, Texas  78711-2548
Tel.: (512) 936-1823
Fax: (512) 474-2697
prerak.shah@texasattorneygeneral.gov

COUNSEL FOR DEFENDANT KEN PAXTON

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically with

the Court and delivered via the CM/ECF system on August 4, 2016, to:


James George, Jr.
George, Brothers, Kincaid & Horton LLP
rjgeorge@gbkh.com

Malcolm Greenstein
Greenstein & Kolker
malcolm@greensteinandkolker.com

Renea Hicks
Law Office of Max Renea Hicks
rhicks@renea-hicks.com

Prerak Shah
Office of the Attorney General
prerak.shah@texasattorneygeneral.gov




*/s/ Amanda J. Cochran-McCall*
AMANDA J. COCHRAN-MCCALL
Deputy Chief, General Litigation Division

5