IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DR. JENNIFER LYNN GLASS, DR. LISA MOORE, and DR. MIA CARTER<br>    *Plaintiffs,*<br><br>v.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, GREGORY L. FENCES, IN HIS OFFICIAL CAPACITY AS PRESIDENT, UNIVERSITY OF TEXAS AT AUSTIN, and PAUL L. FOSTER, R. STEVEN HICKS, JEFFERY D. HILDEBRAND, ERNEST ALISEDA, DAVID J. BECK, ALEX M. CRANBERG, WALLACE L. HALL, JR., BRENDA PEJOVICH, SARA MARTINEZ TUCKER, and VARUN P. JOSEPH, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE UNIVERSITY OF TEXAS BOARD OF REGENTS,<br>    *Defendants.* | NO. 1:16-CV-845-LY |

## UT DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

TO THE HONORABLE JUDGE YEAKEL:

UT Defendants respectfully request leave of Court to exceed the page limit applicable to their pending Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) And 12(b)(6), which is due by 5:00 p.m. today. Specifically, they seek an extension of ten pages to the twenty-page limit set out in CV-7-1(d)(3) of the Local Rules of the United States District Court, Western District. These additional ten pages are necessary to fully address, with legal arguments and authorities, the issues and claims presented in Plaintiffs' Complaint. Also, Plaintiffs' counsel and Co-Defendant's counsel all indicate they are *not opposed* to this motion to exceed the applicable page limit.

For these reason, UT Defendants respectfully request that the Court grant this motion and permit them ten additional pages in their Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) And 12(b)(6), which will be filed later today.

    Respectfully submitted,

    JEFFREY C. MATEER
    First Assistant Attorney General

    BRANTLEY STARR
    Deputy First Assistant Attorney General

    JAMES E. DAVIS
    Deputy Attorney General for Civil Litigation

    ANGELA V. COLMENERO
    Chief, General Litigation Division

    /s/Amanda J. Cochran-McCall
    AMANDA J. COCHRAN-MCCALL
    Deputy Chief, General Litigation Division
    Texas Bar No. 24069526
    amanda.cochran-mccall@texasattorneygeneral.gov

    ANNE MARIE MACKIN
    Assistant Attorney General
    Texas Bar No. 24078898
    OFFICE OF THE ATTORNEY GENERAL
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, TX 78711-2548
    (512) 463-2120
    (512) 320-0667 *Facsimile*
    anna.mackin@texasattorneygeneral.gov

    **ATTORNEYS FOR UT DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of August, 2016, a true and correct copy of the foregoing was filed electronically with the Court and delivered via the CM/ECF system to:

James George, Jr.
GEORGE, BROTHERS, KINCAID & HORTON LLP
114 W 7th Street, Ste. 1100
Austin, Texas 78701
512-495-1400
512-499-0094 Fax
State Bar No. 07810000
rjgeorge@gbkh.com

Malcolm Greenstein
GREENSTEIN & KOLKER
1006 E. Cesar Chavez Street
Austin, Texas 78702
512-472-6270
512-472-8263 Fax
State Bar No. 08403300
malcolm@greensteinandkolker.com

Renea Hicks
LAW OFFICE OF MAX RENEA HICKS
101 West 6th Street, # 504
Austin, Texas 78701
512-480-8231
512-480-9105
State Bar No. 09580400
rhicks@renea-hicks.com

**ATTORNEYS FOR PLAINTIFFS**

Prerak Shah
Senior Counsel to the Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
Texas Bar No. 24075053
prerak.shah@texasattorneygeneral.gov

**ATTORNEY FOR DEFENDANT PAXTON**

/s/Amanda J. Cochran-McCall
**ATTORNEY FOR UT DEFENDANTS**

3