IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DR. JENNIFER LYNN GLASS, DR. LISA MOORE, and DR. MIA CARTER<br>    *Plaintiffs,*<br><br>v.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, GREGORY L. FENCES, IN HIS OFFICIAL CAPACITY AS PRESIDENT, UNIVERSITY OF TEXAS AT AUSTIN, and PAUL L. FOSTER, R. STEVEN HICKS, JEFFERY D. HILDEBRAND, ERNEST ALISEDA, DAVID J. BECK, ALEX M. CRANBERG, WALLACE L. HALL, JR., BRENDA PEJOVICH, SARA MARTINEZ TUCKER, and VARUN P. JOSEPH, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE UNIVERSITY OF TEXAS BOARD OF REGENTS,<br>    *Defendants.* | NO. 1:16-CV-845-LY |

**ORDER GRANTING UT DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Came on this day to be heard UT Defendants' Unopposed Motion to Exceed Page Limit, seeking an extension of ten pages for their Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), in excess of the twenty-page limit set out in CV-7-1(d)(3) of the Local Rules of the USDC, Western District. After due consideration, it is the opinion of the Court that this motion is meritorious and should granted. Therefore, it is hereby ORDERED that UT Defendants' Unopposed Motion to Exceed Page Limit, by ten pages, is GRANTED.

SIGNED this the _____ day of August, 2016

                                                                                                                               _____
                                                                                                                              THE HONORABLE JUDGE YEAKEL
                                                                                                                              UNITED STATES DISTRICT JUDGE