**The University of Texas System**
**Rules and Regulations of the Board of Regents**                    **Rule: 30103**

1. **Title**

    Standards of Conduct

2. **Rule and Regulation**

    Sec. 1    Statutory Compliance.  Every employee is expected to obey all federal, State, and local laws, and particularly *Texas Penal Code,* Chapter 42 and Section 46.03 and *Texas Education Code* Section 51.935. Any employee who violates any provision of these statutes is subject to disciplinary action, including dismissal, notwithstanding any action by civil authorities on account of the violation.

    Sec. 2    Disruption of Activities.  Any employee who, acting singly or in concert with others, obstructs, disrupts, or interferes with any teaching, educational, research, administrative, disciplinary, public service, or other activity, meeting, or event authorized to be held or conducted on campus or on property or in a building or facility owned or controlled by The University of Texas System or any of the institutions is subject to disciplinary action, including dismissal. Obstruction or disruption includes but is not limited to any act that interrupts, modifies, or damages utility service or equipment, communication service or equipment, university computers, computer programs, computer records, or computer networks accessible through University computer resources.

    Sec. 3    Channel for Communication.  The Board of Regents is the only proper channel through which recommendations concerning the administration of the System or any of the institutions, as a whole or in any of its parts, should reach the Legislature or other State agencies or officials.

    Sec. 4    Public Office.
        4.1    Conflict of Interest.  Subject to the other provisions of these Rules, an employee of the U. T. System or any of the institutions may hold other nonelective offices or positions of honor, trust, or profit with the State of Texas or the United States if holding the other offices or positions is of benefit to the State of Texas or is required by State or federal law and if there is no conflict between holding the office or position and holding the office or position with the U. T. System or any of the institutions for which the employee receives salary or compensation.

**The University of Texas System**
**Rules and Regulations of the Board of Regents**     **Rule: 30103**

        4.2    Prior Board Approval.  Before an employee of the U. T. System or any of the institutions may accept an offer to serve in other nonelective offices or positions of honor, trust, or profit with the State of Texas or the United States, the employee must obtain from the appropriate administrative officials and the Board a finding via the Consent Agenda that the requirements of this Section have been fulfilled. The Consent Agenda entry shall also record any compensation the employee is to receive from the nonelective office or position, including salary, bonus, or per diem payment.

Sec. 5    Political Activities.

        5.1    Right of Participation.  The Board of Regents recognizes the right of employees to participate in political activities provided such activities are not conducted during work hours unless the employee uses accrued compensatory or vacation leave; are in compliance with the Constitution and laws of the State of Texas; do not interfere with the discharge and performance of an employee's duties and responsibilities; do not involve the use of equipment, supplies, or services of the U. T. System or any of the institutions; do not involve the impermissible use of University facilities; do not involve the attempt to coerce students, faculty, or staff to participate in or support the political activity; and do not involve the U. T. System or any of the institutions in partisan politics.

        5.2    Leave Without Pay.  With the interest of the U. T. System and any of the institutions being given first consideration, a leave of absence without pay pursuant to Regents' *Rules and Regulations*, Rule 30201, Section 3.1 may but need not be granted to an employee to participate in political activities. However, a leave of absence without pay shall not be granted to an employee of the U. T. System or any of the institutions for the purpose of being a candidate for an elective public office, holding an elective public office, or directing the political campaign of a candidate for an elective public office.

        5.3    Interference with Job Duties.  An employee who wishes to engage in political activity that will interfere with the performance of his or her duties and responsibilities should voluntarily terminate employment. If the president

**The University of Texas System**
**Rules and Regulations of the Board of Regents**          **Rule: 30103**

        of the institution, the Chancellor, the Deputy Chancellor, an Executive Vice Chancellor, or the Board of Regents finds that the employee's political activity interferes with the performance of his or her duties and responsibilities or does not comply with the requirements of this Subsection, the employee shall be subject to appropriate disciplinary action, including termination.

    Sec. 6    Opinions for Advertising Purposes. Every employee must protect the U. T. System and U. T. System institutions against the unauthorized use of opinions for advertising purposes.

**3.**    **Definitions**

None

**4.**    **Relevant Federal and State Statutes**

*Texas Penal Code* Section 42 – Disorderly Conduct and Related Offenses

*Texas Penal Code* Section 46.03 – Places Weapons Prohibited

*Texas Education Code* Section 51.935 – Disruptive Activities

**5.**    **Relevant System Policies, Procedures, and Forms**

Regents' *Rules and Regulations,* Rule 31008 – Termination of a Faculty Member

Regents' *Rules and Regulations,* Rule 30601 – Discipline and Dismissal of Classified Employees

Regents' *Rules and Regulations,* Rule 30602 – Employee Grievance

Regents' *Rules and Regulations,* Rule 30104 – Conflict of Interest, Conflict of Commitment, and Outside Activities

**6.**    **Who Should Know**

Administrators
Employees

**7.**    **System Administration Office(s) Responsible for Rule**

Office of General Counsel

**The University of Texas System**
**Rules and Regulations of the Board of Regents**                     **Rule: 30103**

>   Office of Employee Services

**8.   Dates Approved or Amended**

>   February 11, 2016
>   Editorial amendment to Section 5.3 made July 13, 2015
>   July 11, 2012
>   Editorial amendment to Section 11.1 made April 12, 2012
>   December 10, 2004

**9.   Contact Information**

>   Questions or comments regarding this Rule should be directed to:
>
>   - bor@utsystem.edu