# TABLE 1

This Table is a comparison of President Fenves's Campus Carry Policies and Implementation Strategies (Joint Stipulated Exhibit 1) and UT Austin's Handbook of Operating Procedure 8-1060 Campus Concealed Carry policy (Joint Stipulation Exhibit 4) showing that the President's policy statements regarding relevant gun exclusion zones are incorporated into the official campus carry policy.

| Joint Stipulated Exhibit 1:<br>President Fenves's Campus Carry Policies and Implementation Strategies | Joint Stipulation Exhibit 4:<br>UT Austin's Handbook of Operating Procedure 8-1060 Campus Concealed Carry policy |
|---|---|
| • **Policy Statement No. 9** prohibits concealed carry in areas where federal or state law, licensing requirements, or contracts require guns be excluded in order to minimize risk based on safety, security, and other special circumstances. Stipulated Joint Ex. 1, Campus Carry Policies and Implementation Strategies at ECF p. 6. | This policy statement is incorporated into HOP 8-1060 at § VII(G)(4). *See* Joint Stipulation Exhibit 4 at p. 3. |
| • **Policy Statement No. 10** prohibits concealed carry in patient care areas including where professional mental health services are provided because these are unique environments with significant safety risk to health care providers, patients, and others present in these areas. Campus Carry Policies and Implementation Strategies at ECF p. 6-7. | This policy statement is incorporated into HOP 8-1060 at § VII(E). *See* Joint Stipulation Exhibit 4 at p. 3. |
| • **Policy Statement No. 11** prohibits concealed carry in areas where formal hearings are conducted pursuant to institutional disciplinary and grievance rules because these environments present the same safety concerns present in a government court or office utilized by a court. Because rights and privileges are being heard and adjudicated, these are unique environments with specific safety considerations. Campus Carry Policies and Implementation Strategies at ECF p. 7. | This policy statement is incorporated into HOP 8-1060 at §§ VII(C)(2) and VII(G)(2). *See* Joint Stipulation Exhibit 4 at pp. 2-3. |
| • **Policy Statement No. 13** prohibits concealed carry in areas where firearm discharge might cause great harm because of the presence of hazardous chemicals, gases, or agents or equipment with powerful magnets. This furthers the special safety concerns present in such environments. Campus Carry Policies and Implementation Strategies at ECF p. 8. | This policy statement is incorporated into HOP 8-1060 at § VII(F)(1). *See* Joint Stipulation Exhibit 4 at p. 3. |

| | |
|---|---|
| • **Policy Statement No. 14** prohibits concealed carry in animal-research facilities and care facilities where rules of ingress and egress create an increased risk of accidental discharge, contamination, or a handgun being separated from a license holder.  Campus Carry Policies and Implementation Strategies at ECF p. 8. | This policy statement is incorporated into HOP 8-1060 at § VII(F)(2). *See* Joint Stipulation Exhibit 4 at p. 3. |
| • **Policy Statement No. 15** prohibits concealed carry for counselors, staff, and volunteers on the grounds or in buildings where campus programs for minors occur because these areas present the same concerns present in pre-K-12 schools, where handguns are prohibited.  Campus Carry Policies and Implementation Strategies at ECF pp. 8-9; *See also* Tex. Penal Code §46.03(a)(1). | This policy statement is incorporated into HOP 8-1060 at § VII(D)(1) and (4). *See* Joint Stipulation Exhibit 4 at p. 3. |
| • **Policy Statement No. 16** prohibits concealed carry in certain University residences because of the special risks of loss, theft or misuse by roommates.   Campus Carry Policies and Implementation Strategies at ECF p. 9. | This policy statement is incorporated into HOP 8-1060 at § VII(B). *See* Joint Stipulation Exhibit 4 at p. 2. |
| • **Policy Statement No. 18** prohibits concealed carry in single occupant offices that are not generally open to the public when the occupant so chooses. This furthers the substantial control that occupants generally enjoy over their offices and is based on the nature of communications that readily occur in these offices, including one-on-one discussions related to things like student performance or discipline.  Campus Carry Policies and Implementation Strategies at ECF p. 10. | This policy statement is incorporated into HOP 8-1060 at § VII(C)(1). *See* Joint Stipulation Exhibit 4 at p. 2. |