IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DR. JENNIFER LYNN GLASS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS<br>ATTORNEY GENERAL OF TEXAS, *et al.*,<br>    *Defendants.* | §<br>§<br>§<br>§  **NO. 1:16-CV-845**<br>§<br>§<br>§<br>§ |

**ORDER ON UT DEFENDANTS' MOTION TO DISMISS**

Came on this day to be heard UT Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) And 12(b)(6), and after due consideration, it is the opinion of the Court that said motion is meritorious and should be granted.

It is therefore ORDERED that UT Defendant's Motion to Dismiss is GRANTED and that Plaintiffs' claims are hereby DISMISSED.

SIGNED on this the _____ day of August, 2016.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE