UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 AUG 10   AM 10: 24
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ GN ____

| | | |
|---|---|---|
| Dr. Jennifer Lynn Glass, *et al.,*<br>    *Plaintiffs,* | : | |
| | : | |
| | : | |
| v. | : | No. 1:16cv845-LY |
| | : | |
| Ken Paxton, *et al.,*<br>    *Defendants.* | : | |
| | : | |

## ORDER

The Court has before it Plaintiffs' Unopposed Motion for Extension of Time to Respond to Motions to Dismiss ("Extension Motion"). They seek an additional seven days, until August 29, 2016, to respond to the Motion to Dismiss by the UT Defendants (Doc. 39) and the Motion to Dismiss by Defendant Paxton (Doc. 4). The Court orders as follows:

Plaintiffs' Extension Motion is GRANTED. Plaintiffs are to respond to the Defendants' Motions to Dismiss by August 29, 2016.

SIGNED this *10th* day of August, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE