IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 JUL -6 PM 3: 43
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| DR. JENNIFER LYNN GLASS, DR. LISA MOORE, AND DR. MIA CARTER, <br>          PLAINTIFFS, <br><br> V. <br><br> KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, GREGORY L. FENVES, IN HIS OFFICIAL CAPACITY AS PRESIDENT, UNIVERSITY OF TEXAS AT AUSTIN, AND PAUL L. FOSTER, R. STEVEN HICKS, JEFFERY D. HILDEBRAND, ERNEST ALISEDA, DAVID J. BECK, ALEX M. CRANBERG, WALLACE L. HALL, JR., BRENDA PEJOVICH, SARA MARTINEZ TUCKER, AND VARUN P. JOSEPH, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE UNIVERSITY OF TEXAS BOARD OF REGENTS, <br>          DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:16-CV-845-LY |

## **FINAL JUDGMENT**

Before the court is the above styled and numbered cause. On this same date, the court rendered an order dismissing this cause. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants, the prevailing parties in this action, shall recover their allowable costs incurred in this action. *See* Fed. R. Civ. P. 54(d)(1).

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of July, 2017.

                                          _____
                                          LEE YEAKEL
                                          UNITED STATES DISTRICT JUDGE