UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DR. JENNIFER LYNN GLASS, *et al.*,<br>     *Plaintiffs*, | :<br>:<br>: |
| v. | :  No. 1:16cv845-LY |
| KEN PAXTON, *et al.*,<br>     *Defendants*. | :<br>:<br>:<br>: |

## NOTICE OF APPEAL

Notice is hereby given that Drs. Jennifer Lynn Glass, Lisa Moore, and Mia Carter, plaintiffs herein, appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (ECF Doc. No. 80) entered in the above-captioned proceeding on July 6, 2017.

Respectfully submitted,

GEORGE, BROTHERS, KINCAID & HORTON LLP

*/s/  R. James George, Jr.*
     R. James George, Jr.
     State Bar No. 07810000
     114 West 7th Street, Suite 1100
     Austin, Texas 78701
     Telephone:  (512) 495-1400
     Facsimile:  (512) 499-0094
     Email:     rjgeorge@gbkh.com

GREENSTEIN & KOLKER

 By: */s/ Malcolm Greenstein*
     Malcolm Greenstein
     State Bar No.08403300
     1006 E. Cesar Chavez Street
     Austin, Texas 78702
     Telephone:   (512) 472-6270
     Facsimile:   (512) 472-8263
     Email:malcolm@greensteinandkolker.com

LAW OFFICE OF MAX RENEA HICKS

/s/ Renea Hicks
Renea Hicks
State Bar No. 09580400
P.O. Box 303187
Austin, Texas 78703
Telephone: (512) 480-8231
Email: rhicks@renea-hicks.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2017, I served a true and correct copy of the foregoing pleading on all counsel of record through the Court's CM/ECF system.

/s/ R. James George, Jr.
R. James George, Jr.